IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL CAOUETTE,

    Plaintiff,

vs.                          No. CV 18-00853 JCH/JHR

NEW MEXICO CORRECTIONS DEPT. (NMCD),
SECURITY STAFF AND WARDEN OF GUADALUPE
COUNTY CORRECTIONAL FACILITY,

    Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Motion to Dismiss Without Prejudice filed by Plaintiff Daniel Caouette (Doc. 18). The Court construes the Motion as a voluntary request for dismissal under Fed. R. Civ. P. 41(a)(2), grants the Motion, and dismisses all federal claims with prejudice and all state law claims without prejudice to Plaintiff Caouette's right to refile those claims in state court.

Plaintiff Caouette's Motion states:

> "Comes Now Plaintiff Daniel Caouette, acting pro-se and layman of the law, requesting this honorable court its order to dismiss this case WITHOUT Prejudice. To Support this motion Plaintiff states both the original complaint (Document 1-1) and the amended complaint (Document 9) fail to meet federal complaint requirements however Mr Caouette reserves the right to refile his complaint under New Mexico Tort Claims Act in State court that had and has absolute jurisdiction over state laws applicable in the above captioned case."

(Doc. 18). This Court previously granted Defendant Warden Horton's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) and dismissed all federal claims for failure to state a claim on which relief can be granted. (Doc. 17). Plaintiff Caouette's Motion concedes that the Complaint and

1

Amended Complaint do not state any federal claim for relief. (Doc. 18). The Court's Memorandum Opinion and Order of March 27, 2019 did not adjudicate any state law claims. (Doc. 17).

Fed. R. Civ. P. 41(a)(2) provides "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Pursuant to Rule 41(a)(2), the Court determines that, having adjudicated the federal law claims against Warden Horton and Plaintiff having conceded that he does not state any federal claims, the Court will dismiss all federal claims in this case with prejudice. As to Plaintiff's state law claims, the Court will grant Plaintiff Caouette's Motion and will dismiss the state law claims without prejudice to Plaintiff Caouette's right to refile those state law claims in state court.

IT IS ORDERED:

(1) Plaintiff Daniel Caouette's Motion to Dismiss (Doc. 18) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(2);

(2) all federal claims asserted in Plaintiff Daniel Caouette's Complaint (Doc. 1-1) and Amended Complaint (Doc. 9) are **DISMISSED** with prejudice; and

(3) all state law claims asserted in Plaintiff Daniel Caouette's Complaint (Doc. 1-1) and Amended Complaint (Doc. 9) are **DISMISSED** without prejudice.

UNITED STATES DISTRICT JUDGE